# EXHIBIT A

## *John Doe*

| IP Address | ISP | Date/Time (UTC) |
|---|---|---|
| 76.114.57.33 | Comcast Cable Communications | 2011-10-18 06:21:35 |

## *Co-Conspirators*

| IP Address | ISP | Date/Time (UTC) |
|---|---|---|
| 108.13.114.147 | Verizon Online | 2011-09-07 04:33:37 |
| 108.13.17.246 | Verizon Online | 2011-09-16 01:44:50 |
| 108.13.200.232 | Verizon Online | 2011-09-27 21:23:56 |
| 108.13.24.136 | Verizon Online | 2011-10-01 13:39:35 |
| 108.13.87.74 | Verizon Online | 2011-10-21 21:06:28 |
| 173.14.74.189 | Comcast Cable Communications | 2011-09-08 07:02:24 |
| 173.51.192.201 | Verizon Online | 2011-10-24 15:38:10 |
| 173.55.156.75 | Verizon Online | 2011-09-19 22:56:56 |
| 174.77.54.220 | Cox Communications | 2011-11-23 01:48:43 |
| 174.77.58.103 | Cox Communications | 2011-10-17 17:07:38 |
| 207.204.228.155 | Reliablehosting.com | 2011-11-14 04:32:05 |
| 207.204.228.226 | Reliablehosting.com | 2011-10-31 01:08:51 |
| 208.127.51.32 | DSL Extreme | 2011-09-14 19:45:56 |
| 208.87.57.27 | Webpass | 2011-09-22 00:07:40 |
| 208.87.58.63 | Webpass | 2011-09-07 20:33:23 |
| 24.113.251.60 | Wave Broadband | 2011-09-30 07:03:31 |
| 24.130.112.254 | Comcast Cable Communications | 2011-09-27 02:14:33 |
| 24.130.53.149 | Comcast Cable Communications | 2011-12-04 15:59:28 |
| 24.23.17.20 | Comcast Cable Communications | 2011-11-08 15:19:57 |
| 24.4.121.45 | Comcast Cable Communications | 2011-10-24 22:18:06 |
| 24.4.229.1 | Comcast Cable Communications | 2011-09-24 18:43:08 |
| 24.4.235.186 | Comcast Cable Communications | 2011-10-15 06:45:18 |
| 24.4.96.57 | Comcast Cable Communications | 2011-09-16 03:27:50 |
| 24.5.122.5 | Comcast Cable Communications | 2011-09-27 16:07:58 |
| 24.5.128.171 | Comcast Cable Communications | 2011-09-22 14:19:10 |
| 24.5.181.29 | Comcast Cable Communications | 2011-10-15 19:00:53 |
| 24.5.22.63 | Comcast Cable Communications | 2011-11-02 09:04:37 |
| 24.6.244.91 | Comcast Cable Communications | 2011-09-22 23:33:46 |
| 24.7.22.19 | Comcast Cable Communications | 2011-09-28 05:48:35 |
| 24.7.96.186 | Comcast Cable Communications | 2011-11-15 01:42:09 |
| 50.0.151.197 | Sonoma Interconnect | 2011-11-18 05:13:49 |
| 65.78.145.122 | Roseville Telephone Company | 2011-09-29 23:47:09 |
| 66.159.251.72 | DSL Extreme | 2011-12-09 10:32:00 |
| 66.214.41.109 | Charter Communications | 2011-09-21 22:35:49 |
| 66.215.165.112 | Charter Communications | 2011-10-19 17:23:19 |
| 66.215.197.250 | Charter Communications | 2011-10-20 05:30:08 |
| 67.160.244.227 | Comcast Cable Communications | 2011-09-09 13:57:36 |
| 67.164.214.145 | Comcast Cable Communications | 2011-10-25 00:18:34 |
| 67.166.155.55 | Comcast Cable Communications | 2011-09-21 04:48:48 |

| IP Address | ISP | Date/Time |
|---|---|---|
| 67.169.113.40 | Comcast Cable Communications | 2011-10-08 13:23:52 |
| 67.169.83.243 | Comcast Cable Communications | 2011-09-26 15:40:56 |
| 67.169.93.17 | Comcast Cable Communications | 2011-09-07 15:08:35 |
| 67.169.93.94 | Comcast Cable Communications | 2011-12-12 18:37:18 |
| 67.182.80.36 | Comcast Cable Communications | 2011-10-27 23:44:56 |
| 68.101.121.251 | Cox Communications | 2011-10-19 14:09:38 |
| 68.105.106.145 | Cox Communications | 2011-09-21 02:34:11 |
| 68.107.112.91 | Cox Communications | 2011-12-02 08:53:59 |
| 68.107.124.111 | Cox Communications | 2011-10-14 00:42:43 |
| 68.109.95.238 | Cox Communications | 2011-12-10 05:11:55 |
| 68.183.228.4 | DSL Extreme | 2011-11-24 09:21:10 |
| 68.4.60.223 | Cox Communications | 2011-11-07 12:25:26 |
| 68.5.137.1 | Cox Communications | 2011-10-18 17:15:44 |
| 68.5.36.20 | Cox Communications | 2011-09-30 07:53:04 |
| 68.6.84.18 | Cox Communications | 2011-10-10 17:22:22 |
| 68.68.34.229 | Reliablehosting.com | 2011-11-20 10:28:48 |
| 68.7.144.111 | Cox Communications | 2011-11-27 19:59:03 |
| 68.7.241.86 | Cox Communications | 2011-10-11 19:37:07 |
| 68.8.254.210 | Cox Communications | 2011-09-10 09:32:40 |
| 69.106.247.57 | AT&T Internet Services | 2011-09-21 09:41:06 |
| 69.17.112.51 | Covad Communications | 2011-10-26 04:14:11 |
| 69.181.103.199 | Comcast Cable Communications | 2011-09-22 14:19:09 |
| 69.181.163.213 | Comcast Cable Communications | 2011-09-14 01:02:14 |
| 69.181.252.140 | Comcast Cable Communications | 2011-10-04 10:26:18 |
| 69.181.38.29 | Comcast Cable Communications | 2011-10-11 05:20:27 |
| 69.230.165.12 | AT&T Internet Services | 2011-12-08 16:02:58 |
| 69.230.167.61 | AT&T Internet Services | 2011-09-21 22:16:40 |
| 69.236.73.144 | AT&T Internet Services | 2011-11-12 07:50:26 |
| 69.238.50.183 | AT&T Internet Services | 2011-11-05 01:23:46 |
| 70.181.232.63 | Cox Communications | 2011-10-13 14:40:51 |
| 70.187.161.234 | Cox Communications | 2011-10-29 02:37:05 |
| 70.191.88.8 | Cox Communications | 2011-11-17 08:58:01 |
| 71.142.207.61 | AT&T Internet Services | 2011-12-12 08:19:31 |
| 71.177.44.113 | Verizon Online | 2011-11-17 07:48:29 |
| 71.198.171.20 | Comcast Cable Communications | 2011-10-27 05:09:22 |
| 71.198.92.41 | Comcast Cable Communications | 2011-10-02 00:57:30 |
| 71.202.28.89 | Comcast Cable Communications | 2011-09-07 01:24:23 |
| 71.9.60.183 | Charter Communications | 2011-09-21 07:10:34 |
| 71.92.64.13 | Charter Communications | 2011-09-21 11:11:09 |
| 72.134.22.227 | Road Runner | 2011-09-27 14:31:34 |
| 72.194.115.9 | Cox Communications | 2011-10-18 06:13:53 |
| 72.207.113.44 | Cox Communications | 2011-10-24 15:19:34 |
| 72.211.215.152 | Cox Communications | 2011-12-04 04:42:03 |
| 72.219.156.125 | Cox Communications | 2011-10-01 06:09:54 |
| 72.220.86.75 | Cox Communications | 2011-11-18 18:10:49 |
| 74.100.21.38 | Verizon Online | 2011-09-30 02:31:23 |
| 74.213.244.134 | Color Broadband | 2011-10-01 01:40:41 |

| IP Address | ISP | Date/Time |
|---|---|---|
| 75.111.39.70 | Suddenlink Communications | 2011-11-02 04:34:15 |
| 75.18.185.90 | AT&T Internet Services | 2011-12-12 07:09:28 |
| 75.31.172.44 | AT&T Internet Services | 2011-11-08 07:42:02 |
| 75.31.50.196 | AT&T Internet Services | 2011-11-17 05:35:37 |
| 75.80.29.227 | Road Runner | 2011-12-07 05:39:16 |
| 75.83.95.37 | Road Runner | 2011-09-09 19:27:15 |
| 75.85.56.100 | Road Runner | 2011-11-08 10:38:28 |
| 76.102.167.139 | Comcast Cable Communications | 2011-10-18 16:39:06 |
| 76.102.212.130 | Comcast Cable Communications | 2011-09-23 05:59:34 |
| 76.103.198.53 | Comcast Cable Communications | 2011-11-09 09:57:29 |
| 76.126.203.59 | Comcast Cable Communications | 2011-10-04 23:11:27 |
| 76.126.48.149 | Comcast Cable Communications | 2011-09-30 16:32:33 |
| 76.174.41.178 | Road Runner | 2011-11-19 08:32:13 |
| 76.175.165.58 | Road Runner | 2011-12-02 20:02:25 |
| 76.20.11.36 | Comcast Cable Communications | 2011-10-14 04:00:58 |
| 76.246.3.49 | AT&T Internet Services | 2011-11-22 08:17:17 |
| 76.90.72.118 | Road Runner | 2011-10-18 20:50:51 |
| 76.91.182.237 | Road Runner | 2011-09-28 00:25:47 |
| 76.91.67.73 | Road Runner | 2011-11-26 07:34:19 |
| 76.95.102.150 | Road Runner | 2011-10-03 17:07:07 |
| 98.207.225.164 | Comcast Cable Communications | 2011-09-16 17:09:55 |
| 98.207.236.95 | Comcast Cable Communications | 2011-10-20 01:48:17 |
| 98.224.90.23 | Comcast Cable Communications | 2011-11-28 17:20:54 |
| 98.234.165.71 | Comcast Cable Communications | 2011-10-26 05:21:04 |
| 98.234.242.38 | Comcast Cable Communications | 2011-10-14 14:19:05 |
| 98.238.218.235 | Comcast Cable Communications | 2011-12-01 08:18:08 |
| 98.248.242.56 | Comcast Cable Communications | 2011-11-13 00:18:32 |
| 98.252.70.83 | Comcast Cable Communications | 2011-09-28 23:14:23 |
| 99.151.30.4 | AT&T Internet Services | 2011-11-07 02:20:38 |