IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FIRST TIME VIDEOS, LLC,  )
                                          )   2:11-cv-03478-GEB-EFB
        Plaintiff,  )
                                          )
   v.                    )   <u>ORDER</u>
                                          )
JOHN DOE,  )
                                          )
        Defendant.  )
_____ )

       Plaintiff's "Objection to Magistrate Judge's Pretrial Order" filed February 22, 2012 (ECF No. 12) is stricken, since Plaintiff has not shown that it is the appropriate filing to challenge a magistrate judge's order.

Dated: April 12, 2012

                                          _____
                                          GARLAND E. BURRELL, JR.
                                          United States District Judge